# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SCOTT FOSSUM,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN LAMM, et al.,<br><br>Defendants. | Case No. 1:24-cv-01489-SAB<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PLAINTIFF TO FILE ONLY IN HIS OPEN CASE<br><br>(ECF No. 6) |

Before the Court is Plaintiff Timothy Scott Fossum's motion to proceed in forma pauperis. (ECF No. 6) However, the Court has previously explained that this action has been closed as inappropriately opened as a new case because Plaintiff already has an active case, Fossum v. Lamm, 24-cv-01374-JLT-SAB. (ECF No. 4.) Accordingly, the Court HEREBY ORDERS that:

1. This case has been closed, and therefore, Plaintiff should not file anything else in this action or with this case number;

2. Plaintiff's other case remains open, and should he have any other filings, Plaintiff should file in that case with this case number: Fossum v. Lamm, 24-cv-01374-JLT-SAB; and

///

///

3. In light of the foregoing, the Court disregards Plaintiff's application to proceed in forma pauperis and directs the Clerk to terminate the motion as moot. (ECF No. 6.)

IT IS SO ORDERED.

Dated: **January 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge